IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MALLARD | : | CIVIL ACTION |
| v. | : | |
| LABORERS INTERNATIONAL<br>UNION OF NORTH AMERICA<br>LOCAL UNION 57 | : | NO. 13-774 |

**ORDER**

**AND NOW,** this 6th day of June, 2013, upon consideration of Defendant Labor International Union of North America Local Union 57's Motion to Dismiss (Docket No. 2), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's "Motion for Leave to Reply" (Docket No. 5) is **GRANTED.** The Clerk shall enter Defendant's Reply Brief, which is attached to the Motion as Exhibit A, on the Docket.

2. The Motion to Dismiss is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.