## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MALLARD, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LABORERS INTERNATIONAL | : | |
| UNION OF NORTH AMERICA | : | No. 13-774 |
| LOCAL UNION 57, | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, on July 28, 2014, it is ORDERED that, after consideration of Defendant Laborers International Union of North America Local Union 57's Motion for Summary Judgment (doc. 31), Plaintiff Kenneth Mallard's Response (doc. 32), and Defendant's Reply (doc. 33), Defendant's Motion is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk of Court is DIRECTED to mark this case CLOSED for statistical purposes.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE